IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MAKENZIE LAZO, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>TOHVT MOTORS, LLC, a Delaware registered company;<br><br>Defendant. | 8:24CV127<br><br>ORDER |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

Dated this 23rd day of April, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge