## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

Makenzie Lazo,

            Plaintiff,

     vs.

TOHVT Motors, LLC,

            Defendant.

**8:24-CV-00127-BCB-JMD**

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Makenzie Lazo ("Plaintiff") and Defendant TOHVT Motors, LLC ("Defendant") hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

**RESPECTFULLY SUBMITTED** this August 8, 2025

/s/ *Avi R. Kaufman*
Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 S Dixie Hwy, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Attorney for Plaintiff*

/s/ Jarin Giesler

Darrell E. Davis
*(Admitted Pro Hac Vice)*
Jarin Giesler
*(Admitted Pro Hac Vice)*
**CLARK HILL PLC**
14850 N. Scottsdale Rd., Suite 500
Scottsdale, AZ 85254
Tel: 480.684.1100
ddavis@clarkhill.com
jgiesler@clarkhill.com

Richard P. Jeffries, #20089
Tara A. Stingley, #23243
**CLINE WILLIAMS WRIGHT
JOHNSON & OLDFATHER, L.L.P.**
12910 Pierce St., #200
Omaha, Nebraska 68144
(402) 397-1700
rickjeffries@clinewilliams.com
tstingley@clinewilliams.com

*Attorneys for Defendant TOHVT Motors,
LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 8, 2025, the foregoing was served on all counsel of record via CM/ECF.

*/s/ Avi R. Kaufman*
Avi R. Kaufman