IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MAKENZIE LAZO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TOHVT MOTORS, LLC, a Delaware registered company,<br><br>Defendant. | 8:24CV127<br><br>ORDER ON STIPULATION OF DISMISSAL |

This case is before the Court on the parties' Stipulation of Dismissal signed by counsel for all parties. Filing 69. The parties stipulate to the dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own costs and attorneys' fees. Filing 69 at 1. Accordingly,

IT IS ORDERED that the parties' Stipulation for Dismissal, Filing 69, is accepted, and this case is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own costs and attorneys' fees.

Dated this 11th day of August, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge